| STATE OF LOUISIANA | NO. 23-K-159 |
|---|---|
| VERSUS | FIFTH CIRCUIT |
| JACOREY DAVIS AND MALIK RODRIGUE | COURT OF APPEAL |
| | STATE OF LOUISIANA |

*Wiseman*
First Deputy, Clerk of Court

March 30, 2023

Linda Wiseman
First Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Marc E. Johnson,
Stephen J. Windhorst, and Cornelius E. Regan

## <u>DENIED WITH REASONS</u>

**CER**
**MEJ**
**SJW**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

*Wiseman*
Linda Wiseman
First Deputy, Clerk of Court

**REGAN, J.**

The State of Louisiana has filed a rehearing application asking for clarification of this Court's ruling in this matter, *State v. Davis and Rodrigue*, 23-159 (La. App. 5 Cir. 3/30/23) (unpublished writ disposition). When considering the writ application, this Court reviewed the matter before it, *i.e.* the denial of the Motion for Mistrial as to Mr. Davis and Mr. Rodrigue. This is a court of review, and we only address issues that were first considered by the trial court. See Uniform Rules-Courts of Appeal, Rule 1-3. The record before us does not show that the trial court has ruled on whether the trial can proceed as to another defendant in this matter. Accordingly, there was no decision on this issue for us to review, and we deny the application for rehearing.

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
CORNELIUS E. REGAN, PRO TEM

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **03/30/2023** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**23-K-159**

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable E. Adrian Adams (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED

Price Quenin (Relator)
Attorney at Law
848 2nd Street
Third Floor
Gretna, LA 70053

Joseph L. Perez (Relator)
Attorney at Law
848 Second Street
P. O. Box 468
Gretna, LA 70054

Paul C. Fleming, Jr. (Relator)
Attorney at Law
848 Second Street
Third Floor
Gretna, LA 70053

Christen DeNicholas (Relator)
Attorney at Law
Jefferson Parish Public Defender
848 Second Street
Third Floor
Gretna, LA 70053